# DISTRICT COURT OF THE UNITED STATES
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:17-cr-199-MOC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DRAKE TYLER YOUNG, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Continue Defendant's Hearing on Revocation of Supervised Release. (Doc. No. 30).

The motion is **GRANTED**, and Defendant's hearing on the revocation of his supervised release in this matter shall be scheduled to be held on a date after August 1, 2022.

Signed: June 7, 2022

Max O. Cogburn Jr
United States District Judge